679 So.2d 1358 (1996)
The UNITED GROUP OF NATIONAL PAPER DISTRIBUTORS, INC., Bancroft Paper Company, Inc. and F. Speed Bancroft
v.
Carol Susan Gilley VINSON, Gale R. Hodge, Steven M. Goodman, Joel Kaplowitz, Frank D. Hamrick, Murray L. Florence, Jr., Lambert R. Dralle, David M. Muhlendorf, W.C. Parks, Jr., and Consolidated Distributors, Inc.
No. 96-C-0714.
Supreme Court of Louisiana.
September 27, 1996.
*1359 Denied.
CALOGERO, C.J., not on panel.
WATSON, KIMBALL and JOHNSON, JJ., would grant the writ.